# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RONISHA SAUCIER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **Case No.:  3:15-cv-01817 MPS** |
| v | ) |
| | ) |
| CREDIT ONE BANK, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/ Aaron Easley* | */s/ Angela K. Troccoli* |
| Aaron Easley, Esquire | Angela K. Troccoli, Esquire |
| Sessions, Fishman, Nathan & Israel, L.L.C. | Kimmel & Silverman, P.C. |
| | *The New England Office* |
| 3 Cross Creek Drive | 136 Main Street, Suite 301 |
| Flemington, NJ 08822 | Danielson, CT 06239 |
| Phone: 908-237-1660 | Phone: 860-866-4380 |
| Email: aeasley@sessions-law.biz | Email: atroccoli@creditlaw.com |
| | |
| Attorney for the Defendant | Attorney for Plaintiff |
| Date: June 13, 2016 | Date: June 13, 2016 |

BY THE COURT:

_____

J.

## **CERTIFICATION**

I hereby certify that on June 13, 2016, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.

*/s/ Angela K. Troccoli*
Angela K. Troccoli, Esquire